Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Samantha Y. Hsu (SBN 285,853)
samantha.hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>THERMOR LTD., a Canada company, FRY'S ELECTRONICS, INC., a California  corporation , BEST BUY CO., INC., a Minnesota corporation,  TOOL KING LLC d/b/a TOOLKING.COM, a Colorado corporation, LAPTOP TRAVEL, LLC, a Minnesota corporation, BEACH TRADING CO., INC. d/b/a BUYDIG.COM, a New Jersey corporation,<br><br>                Defendants. | Civil Action No.<br>14-CV-349 DMS RBB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF <u>DEFENDANT BEACH TRADING CO., INC. d/b/a BUYDIG.COM ONLY</u>,WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Not. of Voluntary Dismissal
14-CV-349 DMS RBB

1  Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure,
2  Oakley dismisses all claims asserted against **Beach Trading Co., Inc. d/b/a**
3  **Buydig.com ("Buydig.com") only** in this action with prejudice.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 5, 2014   By:/s/ Ali S. Razai
    Michael K. Friedland
    Ali S. Razai
    Samantha Y. Hsu
Attorneys for Plaintiff Oakley, Inc

## PROOF OF SERVICE

I hereby certify that on March 5, 2014, I caused the NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BEACH TRADING CO., INC. d/b/a BUYDIG.COM, WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) to be served as follows:

U.S. Mail:

| | |
|---|---|
| FRY'S ELECTRONICS, INC.<br>600 East Brokaw Road<br>San Jose, CA 95112 | Beach Trading Co., Inc. d/b/a<br>BUYDIG.COM<br>80 Carter Drive<br>Edison, NJ 08837 |
| Tool King LLC d/b/a<br>TOOLKING.COM<br>11111 West 6th Avenue. Unit D<br>Lakewood, CO 80215 | Laptop Travel, LLC C/O Jerry Yonga<br>6570 Ambrosia Lane, Apt. 1315<br>Carlsbad, CA 92011 |

International Mail:

Thermor Ltd.
16975 Leslie Street
Newmarket, ON L3Y 9A1
Canada

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on March 5, 2014, at Irvine, California.

Maria J. Zavala

17404830