1  Michael K. Friedland (SBN 157,217)
   michael.friedland@knobbe.com
2  Ali S. Razai (SBN 246,922)
   ali.razai@knobbe.com
3  Samantha Y. Hsu (SBN 285,853)
   samantha.hsu@knobbe.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
5  Irvine, CA  92614
   Telephone: (949) 760-0404
6  Facsimile:  (949) 760-9502

7  Attorneys for Plaintiff Oakley, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>THERMOR LTD., a Canada company, FRY'S ELECTRONICS, INC., a California  corporation , BEST BUY CO., INC., a Minnesota corporation,  TOOL KING LLC d/b/a TOOLKING.COM, a Colorado corporation, LAPTOP TRAVEL, LLC, a Minnesota corporation, BEACH TRADING CO., INC. d/b/a BUYDIG.COM, a New Jersey corporation,<br><br>   Defendants. | Civil Action No.<br>14-CV-349 DMS JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF <u>DEFENDANT TOOL KING LLC d/b/a TOOLKING.COM ONLY</u>, WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Oakley dismisses all claims asserted in this action against **Tool King LLC d/b/a TOOLKING.COM only** without prejudice.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 2, 2014         By:*/s/ Ali S. Razai*
        Michael K. Friedland
        Ali S. Razai
        Samantha Y. Hsu
Attorneys for Plaintiff Oakley, Inc

# PROOF OF SERVICE

I hereby certify that on April 2, 2014, I caused the NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TOOL KING LLC d/b/a TOOLKING.COM ONLY, WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) to be served as follows:

U.S. Mail:

FRY'S ELECTRONICS, INC.
600 East Brokaw Road
San Jose, CA 95112

Tool King LLC d/b/a
TOOLKING.COM
11111 West 6th Avenue. Unit D
Lakewood, CO 80215

Best Buy Co., Inc.
Attn: Legal Department
7601 Penn Avenue South
Richfield, Minnesota 55423

Beach Trading Co., Inc. d/b/a
BUYDIG.COM
80 Carter Drive
Edison, NJ 08837

Laptop Travel, LLC  C/O  Jerry Yonga
6570 Ambrosia Lane, Apt. 1315
Carlsbad, CA 92011

International Mail:

Thermor Ltd.
16975 Leslie Street
Newmarket, ON L3Y 9A1
Canada

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on April 2, 2014, at Irvine, California.

_____
Maria J. Zavala

17650051