Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Samantha Y. Hsu (SBN 285,853)
samantha.hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

Kenneth C. Pickering
kcpickering@modl.com
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, MA 01608-1477
Telephone:  (508) 791-8500
Fax:   (508) 791-8502

Attorney for Defendants
THERMOR LTD., FRY'S ELECTRONICS, INC., and
BEST BUY CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THERMOR LTD., a Canada company, FRY'S ELECTRONICS, INC., a California  corporation , BEST BUY CO., INC., a Minnesota corporation,  TOOL KING LLC d/b/a TOOLKING.COM, a Colorado corporation, LAPTOP TRAVEL, LLC, a Minnesota corporation, BEACH TRADING CO., INC. d/b/a BUYDIG.COM, a New Jersey corporation,<br><br>　　　　　Defendants. | Civil Action No.<br>14-CV-349 DMS RBB<br><br>**JOINT MOTION FOR DISMISSAL OF DEFENDANTS THERMOR LTD., FRY'S ELECTRONICS, INC., AND BEST BUY CO., INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Oakley, Inc. ("Oakley") and Defendants Thermor Ltd., Fry's Electronics, Inc., and Best Buy Co., Inc. ("Defendants"), acting through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims currently pending in the above-captioned action.

This Joint Motion of Dismissal is submitted pursuant to a Confidential Settlement Agreement between Oakley and the Defendants. Oakley and the Defendants have each agreed to bear their own costs, expenses, and attorney fees. The parties request that the Court retain jurisdiction over this matter to enforce compliance with the Settlement Agreement.

**IT IS SO STIPULATED**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 26, 2014      By: */s/ Ali S. Razai*
                              Michael K. Friedland
                              Ali S. Razai
                              Samantha Hsu

Attorneys for Plaintiff
OAKLEY, INC.


MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP


Dated: June 26, 2014      By: */s/ Kenneth C. Pickering (with permission)*
                              Kenneth C. Pickering

Attorney for Defendants
THERMOR LTD., FRY'S ELECTRONICS, INC. and BEST BUY CO., INC.

-1-   Jt. Motion to Dismiss
      14-CV-349 DMS RBB

**PROOF OF SERVICE**

I hereby certify that on June 26, 2014, I caused the JOINT MOTION FOR DISMISSAL OF DEFENDANTS THERMOR LTD., FRY'S ELECTRONICS, INC., AND BEST BUY CO., INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) to be served as follows:

U.S. Mail:

Kenneth C. Pickering
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, MA 01608-1477
kcpickering@modl.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on June 26, 2014, at Irvine, California.

_____
Maria Zavala

17887366

-2-    Jt. Motion to Dismiss
14-CV-349 DMS RBB